UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COLUMBIA PICTURES INDUSTRIES,
INC., *et al.*,

        Plaintiffs,

v.

BEN FYSH,

        Defendant.

Case No. 5:06-CV-37

Hon. Richard Alan Enslen

**JUDGMENT AND PERMANENT INJUNCTION**

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Default Judgment (Dkt. No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Plaintiffs and against Defendant Ben Fysh in the total amount of $160,000.00.

**IT IS FURTHER ORDERED** that Defendant and his respective agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert with him, are **PERMANENTLY ENJOINED** from:

(1) aiding, encouraging, enabling, inducing, causing, materially contributing to, or otherwise facilitating the unauthorized reproduction, downloading, uploading, and/or distribution of copies of Plaintiffs' copyrighted works, whether using Defendant's website or by any other means; and

(2) downloading, uploading, and/or otherwise reproducing or distributing Plaintiffs' copyrighted works, whether using eDonkey network or by any other means.

Dated in Kalamazoo, MI:
February 16, 2007

    /s/Richard Alan Enslen
Richard Alan Enslen
Senior United States District Judge